JAMES R. PAGANELLI, ESSEX COUNTY COUNSEL
BY: ALAN RUDDY, ASSISTANT COUNTY COUNSEL
ATTORNEY NO. 002411975
HALL OF RECORDS – ROOM 535
NEWARK, NEW JERSEY  07102
(973) 621-5021
(Attorney for Defendants, County of Essex, improperly pled as Essex County Correctional Facility and Essex County Department of Corrections, Director Alfaro Ortiz and Warden Roy Hendricks)_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JESEY

CHANELLE SANDERS,

    Plaintiff,

    vs.

COUNTY OF ESSEX, et al.

    Defendants.

Civil Action No. 2:14-cv-05557-SWD -SCM

APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.CIV.R.6.1

Application is hereby made for a Clerk's Order extending time within which defendants, County of Essex, also improperly pled as Essex County Correctional Facility and Essex County Department of Corrections, Director Alfaro Ortiz and Warden Roy Hendricks, may answer, move or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

    1.    No previous extension has been obtained for defendants, County of Essex, et al.;

    2.    The Complaint was served on defendants, County of Essex, et al. on September 12, 2014;

    3.    Time to answer, move or otherwise reply expires on October 3, 2014 for the defendants, County of Essex, et al.

                                JAMES R. PAGANELLI
                                ESSEX COUNTY COUNSEL

                        By: *s/Alan Ruddy*_____
                                ALAN RUDDY
                                ASSISTANT COUNTY COUNSEL

Dated: September 18, 2014

    The above application is ORDERED GRANTED.  The time within which defendants, County of Essex, et al., shall answer, move or otherwise reply is extended to October 20, 2014.

                                WILLIAM T. WALSH, CLERK

                                By:_____

                                  Deputy Clerk

JAMES R. PAGANELLI, ESSEX COUNTY COUNSEL
BY: ALAN RUDDY, ASSISTANT COUNTY COUNSEL
ATTORNEY NO. 002411975
HALL OF RECORDS – ROOM 535
NEWARK, NEW JERSEY  07102
(973) 621-5021
(Attorney for Defendants, County of Essex, improperly pled as Essex County Correctional Facility and Essex County Department of Corrections, Director Alfaro Ortiz and Warden Roy Hendricks)_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JESEY

| | |
|---|---|
| CHANELLE SANDERS,           :  | Civil Action No. 2:14-cv-05557-SWD-SCM |
| Plaintiff,     :  | |
| vs.              :  | **CERTIFICATION OF SERVICE** |
| COUNTY OF ESSEX, et al.    :  | |
| Defendants.   :  | |

I, Alan Ruddy, Esq., do hereby certify that a true and correct copy of the within Application for Extension of Time to Answer, Move or otherwise reply was filed electronically with the Court and all counsel via electronic filing and/or United States mail, postage pre-paid on September 18, 2014.

> *s/Alan Ruddy*_____
> ALAN RUDDY, ESQ.
> Attorney for Defendants,
> County of Essex, et al.

Dated: September 18, 2014