JAMES R. PAGANELLI, ESSEX COUNTY COUNSEL
BY: ALAN RUDDY, ASSISTANT COUNTY COUNSEL
ATTORNEY NO. 002411975
HALL OF RECORDS – ROOM 535
NEWARK, NEW JERSEY  07102
(973) 621-5021
(Attorney for Defendants, County of Essex, improperly pled as Essex County Correctional Facility and Essex County Department of Corrections, Director Alfaro Ortiz and Warden Roy Hendricks

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| CHANELLE SANDERS, |  |
| Plaintiff, | Civil Action No. 2:14-cv-05557-SWD -SCM |
| vs. |  |
|  | **CONSENT ORDER** |
| COUNTY OF ESSEX, et al. |  |
| Defendants. |  |

This matter having come before the Court by way of consent, with Robert L. Tarver, Jr., Esq., appearing for the plaintiff, Chanelle Sanders, and James R. Paganelli, Essex County Counsel (Alan Ruddy, Assistant County Counsel, appearing) on behalf of defendants, County of Essex, Director Alfaro Ortiz and Warden Roy Hendricks, and for good cause having been shown; it is

ORDERED on this  14th  day of  November, 2014, as follows:

1. Default is vacated;

2. Defendants, County of Essex, et al., shall file responsive pleadings within 30 days of the signing of this Consent Order;

3. A copy of this Order shall be served on all parties within 7 days of the date hereof.

_____
U.S.D.J.

I hereby consent to
the form and entry
of the within Order

_____
ROBERT L. TARVER, JR., ESQ.
Attorney for Plaintiff

_____
ALAN RUDDY, ESQ.
Attorney for County of Essex, et al.