## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANELLE SANDERS,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF ESSEX, et al.,<br><br>              Defendants. | Civil Action No.<br><br>2:14-cv-05557-SDW-LDW<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a telephone conference on February 9, 2016; and upon consent of counsel; and for good cause shown;

**IT IS** on this day, February 9, 2016:

**ORDERED**, that this matter is hereby administratively terminated pending the outcome of the parallel criminal case, without prejudice to the right of either party to reopen this action upon resolution of the criminal case.

_Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge